UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY M. MORGAN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MASSACHUSETTS MUTUAL LIFE, ) | No. 5:17-CV-132-FL |
| INSURANCE COMPANY ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment and plaintiff's motion for partial summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2018, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted and plaintiff's motion for partial summary judgment is denied.

**This Judgment Filed and Entered on September 27, 2018, and Copies To:**

Aaron C. Hemmings (via CM/ECF Notice of Electronic Filing)
Donald R. Pocock (via CM/ECF Notice of Electronic Filing)

September 27, 2018              PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk